Form 132 − 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−10772−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jaime E. Goldberg
   210A West Avenue
   Hamilton, NJ 08610

Social Security No.:
   xxx−xx−4453

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         4/3/24
Time:         10:00 AM
Location:     Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

  An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

  **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 30, 2024
JAN: wdr

        Jeanne Naughton
        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Jaime E. Goldberg  
    Debtor

Case No. 24-10772-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Jan 30, 2024      Form ID: 132      Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jaime E. Goldberg, 210A West Avenue, Hamilton, NJ 08610 |
| 520146275 | + | Ashley Watson, Esq., 2850 Yorktowne Blvd, Brick, NJ 08723-7967 |
| 520146323 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO Box 283, Trenton, NJ 08695 |
| 520146324 | + | Steve Goldberg, 56 Sandpiper Drive, Voorhees, NJ 08043-1617 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 30 2024 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 30 2024 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520146271 | + | Email/Text: backoffice@affirm.com | Jan 30 2024 20:57:00 | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520146272 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 30 2024 20:56:00 | AMERICAN HONDA FINANCE, ATTN: BANKRUPTCY, PO BOX 168088, IRVING, TX 75016 |
| 520146276 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jan 30 2024 20:59:02 | BEST EGG, 1523 CONCORD PIKE, SUITE 201, WILMINGTON, DE 19803-3656 |
| 520146279 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2024 20:59:19 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520146281 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2024 20:59:07 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 520146285 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2024 20:58:58 | CAPITAL ONE NA, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520146286 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 21:09:51 | CBNA, ATTN: CENTRALIZED BANKRUPTCY/CITICORP, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 520146287 | + | Email/Text: BKPT@cfna.com | Jan 30 2024 20:55:00 | CFNA/CREDIT FIRST NATL ASSOC, ATTN: BANKRUPTCY, PO BOX 81315, CLEVELAND, OH 44181-0315 |
| 520146291 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 20:59:23 | CITI CARD/BEST BUY, ATTN: CITICORP CR SRVS CENTRALIZED BANKR, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 520146292 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 20:59:23 | CITIBANK, CITICORP CR |

Case 24-10772-CMG    Doc 6    Filed 02/01/24    Entered 02/02/24 00:18:19    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 30, 2024 | Form ID: 132 | Total Noticed: 53 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 520146297 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 30 2024 20:56:00 | | COMENITY BANK, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520146298 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 30 2024 20:56:00 | | COMENITY BANK/BUCKLE, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520146299 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 30 2024 20:56:00 | | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520146300 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 30 2024 20:56:00 | | COMENITY BANK/WAYFAIR, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520146301 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 30 2024 20:56:00 | | COMENITYBANK/VENUS, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520146302 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 30 2024 20:56:00 | | COMENITYCAPITAL/ULTA, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520146303 | + | Email/PDF: creditonebknotifications@resurgent.com Jan 30 2024 20:59:18 | | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, 6801 CIMARRON RD, LAS VEGAS, NV 89113-2273 |
| 520146304 | + | Email/Text: mrdiscen@discover.com Jan 30 2024 20:55:00 | | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 520146306 | | Email/Text: BKCourtNotices@yourmortgageonline.com Jan 30 2024 20:56:00 | | DOVENMUEHLE MORTGAGE, INC/CROSS COUNTRY, ATTN: BANKRUPTCY, 1 CORPORATE DR. ST 360, LAKE ZURICH, IL 60047 |
| 520146312 | | Email/PDF: Citi.BNC.Correspondence@citi.com Jan 30 2024 20:59:09 | | MACYS/FDSB, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 520146307 | | Email/Text: collecadminbankruptcy@fnni.com Jan 30 2024 20:56:00 | | FNB OMAHA, ATTN: BANKRUPTCY, P.O. BOX 3128, OMAHA, NE 68103 |
| 520146308 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com Jan 30 2024 20:56:00 | | GOLDMAN SACHS BANK USA, ATTN: BANKRUPTCY, PO BOX 70379, PHILADELPHIA, PA 19176-0379 |
| 520146309 | | Email/Text: sbse.cio.bnc.mail@irs.gov Jan 30 2024 20:56:00 | | Internal Revenue Services, Special Procedures Branch, PO Box 744, Springfield, NJ 07081 |
| 520146288 | | Email/PDF: ais.chase.ebn@aisinfo.com Jan 30 2024 20:58:56 | | CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850 |
| 520146310 | + | Email/Text: PBNCNotifications@peritusservices.com Jan 30 2024 20:55:00 | | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 520146311 | + | Email/Text: Documentfiling@lciinc.com Jan 30 2024 20:55:00 | | LENDCLUB BNK, ATTN: BANKRUPTCY, 595 MARKET STREET, SUITE 200, SAN FRANCISCO, CA 94105-2802 |
| 520146313 | + | Email/Text: bankruptcy@marinerfinance.com Jan 30 2024 20:56:00 | | MARINER FINANCE, LLC, ATTN: BANKRUPTCY, 8211 TOWN CENTER DRIVE, NOTTINGHAM, MD 21236-5904 |
| 520146314 | + | Email/PDF: CreditorBK@Resurgent.com Jan 30 2024 20:58:58 | | MERRICK BANK/CCHOLDINGS, ATTN: BANKRUPTCY, P.O. BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 520146315 | + | Email/Text: netcreditbnc@enova.com Jan 30 2024 20:57:21 | | NETCREDIT, ATTN: BANKRUPTCY, 175 W. JACKSON BLVD, STE 1000, CHICAGO, IL 60604-2863 |
| 520146317 | + | Email/Text: netcreditbnc@enova.com Jan 30 2024 20:57:21 | | NETCREDIT/RB, ATTN: BANKRUPTCY |

Case 24-10772-CMG    Doc 6    Filed 02/01/24    Entered 02/02/24 00:18:19    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 30, 2024 | Form ID: 132 | Total Noticed: 53 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | DEPT, 175 W JACKSON BLVD, STE 1000, CHICAGO, IL 60604-2863 |
| 520146318 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 30 2024 20:55:00 | PNC FINANCIAL, ATTN: BANKRUPTCY, 300 FIFTH AVENUE, PITTSBURGH, PA 15222 |
| 520146320 | ^ | MEBN | Jan 30 2024 20:51:16 | RAYMOUR & FLANIGAN, ATTN: BANKRUPTCY, PO BOX 220, LIVERPOOL, NY 13088-0220 |
| 520146322 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Jan 30 2024 20:59:01 | SOFI LENDING CORP, ATTN: BANKRUPTCY, PO BOX 654158, DALLAS, TX 75265-4158 |
| 520146325 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 20:58:55 | SYNCB/CAR CARE PEP B, ATTN: BANKRUPTCY, P.O. BOX 965060, ORLANDO, FL 32896-5060 |
| 520146326 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 20:58:55 | SYNCB/VENMO, ATTN: BANKRUPTCY, P.O. BOX 965064, ORLANDO, FL 32896-5064 |
| 520146327 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 20:59:07 | SYNCHRONY BANK, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520146328 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 20:59:08 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520146329 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 20:59:19 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520146330 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 20:59:08 | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520146331 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 20:59:01 | SYNCHRONY BANK/JCPENNEY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520146332 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 20:59:24 | SYNCHRONY BANK/TJX, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520146333 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 20:58:55 | SYNCHRONY/PAYPAL CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520146334 | + | Email/Text: LCI@upstart.com | Jan 30 2024 20:56:00 | UPSTART, ATTN: BANKRUPTCY, PO BOX 1503, SAN CARLOS, CA 94070-7503 |
| 520146335 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 30 2024 20:58:58 | WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A 3RD FLOOR, DES MOINES, IA 50328-0001 |
| 520146337 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 30 2024 20:59:23 | WELLS FARGO HM MORTGAG, PO BOX 10335, DES MOINES, IA 50306-0335 |
| 520146338 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 30 2024 20:58:59 | WELLS FARGO PERSONAL LINES & LOAN, ATTN: BANKRUPTCY, 1 HOME CAMPUS MACX2303-01A, DES MOINES, IA 50328-0001 |
| 520146339 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 30 2024 20:59:04 | WELLS FARGO/FURNITURE MARKETING GROUP, ATTN: BANKRUPTCY, PO BOX 10438 MAC F8235-02F, DES MOINES, IA 50306-0438 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520146273 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, AMERICAN HONDA |

| | | |
|---|---|---|
| | | FINANCE, ATTN: BANKRUPTCY, PO BOX 168088, IRVING, TX 75016 |
| 520146274 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, AMERICAN HONDA FINANCE, ATTN: BANKRUPTCY, PO BOX 168088, IRVING, TX 75016 |
| 520146277 | *+ | BEST EGG, 1523 CONCORD PIKE, SUITE 201, WILMINGTON, DE 19803-3656 |
| 520146278 | *+ | BEST EGG, 1523 CONCORD PIKE, SUITE 201, WILMINGTON, DE 19803-3656 |
| 520146280 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520146282 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520146283 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520146284 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520146293 | *+ | CITIBANK, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 520146294 | *+ | CITIBANK, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 520146295 | *+ | CITIBANK, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 520146296 | *+ | CITIBANK, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 520146305 | *+ | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 520146289 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850 |
| 520146290 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850 |
| 520146316 | *+ | NETCREDIT, ATTN: BANKRUPTCY, 175 W. JACKSON BLVD, STE 1000, CHICAGO, IL 60604-2863 |
| 520146319 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC FINANCIAL, ATTN: BANKRUPTCY, 300 FIFTH AVENUE, PITTSBURGH, PA 15222 |
| 520146321 | *+ | RAYMOUR & FLANIGAN, ATTN: BANKRUPTCY, PO BOX 220, LIVERPOOL, NY 13088-0220 |
| 520146336 | *+ | WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A 3RD FLOOR, DES MOINES, IA 50328-0001 |

TOTAL: 0 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed below:

**Name**   **Email Address**

Albert Russo
docs@russotrustee.com

Russell L. Low
on behalf of Debtor Jaime E. Goldberg ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 3