Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

............District Of BYk ˙>YfgYm

In re Jaime E. Goldberg        ,    Case No. 24-10772

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 7 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on          3/27/2024         .

Resurgent Capital Services as servicing agent for          LVNV Funding LLC
Name of Alleged Transferor                                                   Name of Transferee

Address of Alleged Transferor:                                                Address of Transferee:
Resurgent Capital Services as servicing agent for                             LVNV Funding LLC
Resurgent Capital Services                                                    c/o Resurgent Capital Services
PO Box 10587                                                                  PO Box 10587
Greenville, SC 29603-0587                                                     Greenville, SC 29603-0587

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 3/27/2024                                                      Jeanne A. Naughton
                                                                     **CLERK OF THE COURT**