Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−10772−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jaime E. Goldberg
   aka Jaime E Tampe, dba Jaime Goldberg
   6500 East 21st Street North
   Apt. 18
   Wichita, KS 67206

Social Security No.:
   xxx−xx−4453

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 18, 2024.

Dated: July 18, 2024
JAN: mjb

                        Jeanne Naughton
                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 24-10772-CMG
Jaime E. Goldberg  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 5
Date Rcvd: Jul 18, 2024      Form ID: plncf13      Total Noticed: 68

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jaime E. Goldberg, 6500 East 21st Street North, Apt. 18, Wichita, KS 67206-3904 |
| 520146275 | + | Ashley Watson, Esq., 2850 Yorktowne Blvd, Brick, NJ 08723-7967 |
| 520146323 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO Box 283, Trenton, NJ 08695 |
| 520146324 | + | Steve Goldberg, 56 Sandpiper Drive, Voorhees, NJ 08043-1617 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 18 2024 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 18 2024 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520146271 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 18 2024 21:04:07 | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520146272 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 18 2024 20:55:00 | AMERICAN HONDA FINANCE, ATTN: BANKRUPTCY, PO BOX 168088, IRVING, TX 75016 |
| 520151408 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 18 2024 20:55:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520146276 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jul 18 2024 21:04:01 | BEST EGG, 1523 CONCORD PIKE, SUITE 201, WILMINGTON, DE 19803-3656 |
| 520146279 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2024 21:04:18 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520146281 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2024 21:03:57 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 520146285 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2024 21:16:18 | CAPITAL ONE NA, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520146286 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2024 21:17:01 | CBNA, ATTN: CENTRALIZED BANKRUPTCY/CITICORP, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 520146287 | + | Email/Text: BKPT@cfna.com | Jul 18 2024 20:53:00 | CFNA/CREDIT FIRST NATL ASSOC, ATTN: BANKRUPTCY, PO BOX 81315, CLEVELAND, OH 44181-0315 |
| 520146291 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2024 21:16:19 | CITI CARD/BEST BUY, ATTN: CITICORP CR |

Case 24-10772-CMG    Doc 22    Filed 07/20/24    Entered 07/21/24 00:16:50    Desc Imaged
                             Certificate of Notice    Page 3 of 6

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jul 18, 2024 | Form ID: plncf13 | Total Noticed: 68 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | SRVS CENTRALIZED BANKR, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 520146292 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2024 21:04:03 | CITIBANK, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 520146297 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 18 2024 20:54:00 | COMENITY BANK, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520146298 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 18 2024 20:54:00 | COMENITY BANK/BUCKLE, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520146299 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 18 2024 20:54:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520146300 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 18 2024 20:54:00 | COMENITY BANK/WAYFAIR, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520146301 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 18 2024 20:54:00 | COMENITYBANK/VENUS, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520146302 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 18 2024 20:54:00 | COMENITYCAPITAL/ULTA, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520146303 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 18 2024 21:16:47 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, 6801 CIMARRON RD, LAS VEGAS, NV 89113-2273 |
| 520192250 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 18 2024 21:16:28 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520193241 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2024 21:16:47 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520216903 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 18 2024 20:54:00 | CrossCountry Mortgage, LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 520146304 | + | Email/Text: mrdiscen@discover.com | Jul 18 2024 20:53:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 520146306 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 18 2024 20:54:00 | DOVENMUEHLE MORTGAGE, INC/CROSS COUNTRY, ATTN: BANKRUPTCY, 1 CORPORATE DR. ST 360, LAKE ZURICH, IL 60047 |
| 520146312 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2024 21:17:10 | MACYS/FDSB, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 520153556 | | Email/Text: mrdiscen@discover.com | Jul 18 2024 20:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520146307 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 18 2024 20:54:00 | FNB OMAHA, ATTN: BANKRUPTCY, P.O. BOX 3128, OMAHA, NE 68103 |
| 520156250 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 18 2024 20:54:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, NE 68197 |
| 520146308 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 18 2024 20:54:00 | GOLDMAN SACHS BANK USA, ATTN: BANKRUPTCY, PO BOX 70379, PHILADELPHIA, PA 19176-0379 |
| 520146309 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 18 2024 20:54:00 | Internal Revenue Services, Special Procedures Branch, PO Box 744, Springfield, NJ 07081 |
| 520192684 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 18 2024 20:55:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520146288 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 18 2024 21:04:09 | CHASE CARD SERVICES, ATTN: |

Case 24-10772-CMG    Doc 22    Filed 07/20/24    Entered 07/21/24 00:16:50    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jul 18, 2024 | Form ID: plncf13 | Total Noticed: 68 |

| Recipient # | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850 |
| 520170651 | + | Email/Text: RASEBN@raslg.com | Jul 18 2024 20:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520146310 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 18 2024 20:53:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 520146311 | + | Email/Text: Documentfiling@lciinc.com | Jul 18 2024 20:53:00 | LENDCLUB BNK, ATTN: BANKRUPTCY, 595 MARKET STREET, SUITE 200, SAN FRANCISCO, CA 94105-2802 |
| 520205922 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 21:16:32 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520205923 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 21:16:32 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 520213220 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 21:04:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520146313 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 18 2024 20:53:00 | MARINER FINANCE, LLC, ATTN: BANKRUPTCY, 8211 TOWN CENTER DRIVE, NOTTINGHAM, MD 21236-5904 |
| 520146314 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 18 2024 21:03:55 | MERRICK BANK/CCHOLDINGS, ATTN: BANKRUPTCY, P.O. BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 520146315 | + | Email/Text: netcreditbnc@enova.com | Jul 18 2024 20:55:38 | NETCREDIT, ATTN: BANKRUPTCY, 175 W. JACKSON BLVD, STE 1000, CHICAGO, IL 60604-2863 |
| 520146317 | + | Email/Text: netcreditbnc@enova.com | Jul 18 2024 20:55:38 | NETCREDIT/RB, ATTN: BANKRUPTCY DEPT, 175 W JACKSON BLVD, STE 1000, CHICAGO, IL 60604-2863 |
| 520146318 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 18 2024 20:53:00 | PNC FINANCIAL, ATTN: BANKRUPTCY, 300 FIFTH AVENUE, PITTSBURGH, PA 15222 |
| 520215096 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 18 2024 21:17:05 | Portfolio Recovery Associates, LLC, c/o Lendingclub Corporation As Servicer, POB 41067, Norfolk VA 23541 |
| 520146320 | ^ | MEBN | Jul 18 2024 20:53:48 | RAYMOUR & FLANIGAN, ATTN: BANKRUPTCY, PO BOX 220, LIVERPOOL, NY 13088-0220 |
| 520173461 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 21:16:40 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520146322 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Jul 18 2024 21:16:26 | SOFI LENDING CORP, ATTN: BANKRUPTCY, PO BOX 654158, DALLAS, TX 75265-4158 |
| 520184463 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 18 2024 20:53:00 | State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0245 |
| 520146325 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 18 2024 21:03:56 | SYNCB/CAR CARE PEP B, ATTN: BANKRUPTCY, P.O. BOX 965060, ORLANDO, FL 32896-5060 |
| 520146326 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 18 2024 21:27:30 | SYNCB/VENMO, ATTN: BANKRUPTCY, P.O. BOX 965064, ORLANDO, FL 32896-5064 |
| 520146327 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 18 2024 21:16:32 | SYNCHRONY BANK, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520146328 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 18 2024 21:04:19 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, |

Case 24-10772-CMG    Doc 22    Filed 07/20/24    Entered 07/21/24 00:16:50    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 18, 2024 | Form ID: plncf13 | Total Noticed: 68 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | FL 32896-5060 |
| 520146329 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 18 2024 21:04:48 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520146330 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 18 2024 21:27:30 | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520146331 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 18 2024 21:17:07 | SYNCHRONY BANK/JCPENNEY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520146332 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 18 2024 21:04:15 | SYNCHRONY BANK/TJX, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520146333 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 18 2024 21:17:02 | SYNCHRONY/PAYPAL CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520146334 | + | Email/Text: LCI@upstart.com | Jul 18 2024 20:54:00 | UPSTART, ATTN: BANKRUPTCY, PO BOX 1503, SAN CARLOS, CA 94070-7503 |
| 520146335 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 18 2024 21:03:58 | WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A 3RD FLOOR, DES MOINES, IA 50328-0001 |
| 520146337 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 18 2024 21:17:05 | WELLS FARGO HM MORTGAG, PO BOX 10335, DES MOINES, IA 50306-0335 |
| 520146338 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 18 2024 21:04:14 | WELLS FARGO PERSONAL LINES & LOAN, ATTN: BANKRUPTCY, 1 HOME CAMPUS MACX2303-01A, DES MOINES, IA 50328-0001 |
| 520146339 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 18 2024 21:04:19 | WELLS FARGO/FURNITURE MARKETING GROUP, ATTN: BANKRUPTCY, PO BOX 10438 MAC F8235-02F, DES MOINES, IA 50306-0438 |
| 520191476 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 18 2024 21:04:32 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 64

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520146273 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, AMERICAN HONDA FINANCE, ATTN: BANKRUPTCY, PO BOX 168088, IRVING, TX 75016 |
| 520146274 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, AMERICAN HONDA FINANCE, ATTN: BANKRUPTCY, PO BOX 168088, IRVING, TX 75016 |
| 520146277 | *+ | BEST EGG, 1523 CONCORD PIKE, SUITE 201, WILMINGTON, DE 19803-3656 |
| 520146278 | *+ | BEST EGG, 1523 CONCORD PIKE, SUITE 201, WILMINGTON, DE 19803-3656 |
| 520146280 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520146282 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520146283 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520146284 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520146293 | *+ | CITIBANK, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 520146294 | *+ | CITIBANK, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 520146295 | *+ | CITIBANK, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 520146296 | *+ | CITIBANK, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 520146305 | *+ | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 520146289 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850 |
| 520146290 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA |

| District/off: 0312-3 | | User: admin | Page 5 of 5 |
|---|---|---|---|
| Date Rcvd: Jul 18, 2024 | | Form ID: plncf13 | Total Noticed: 68 |

| | | |
|---|---|---|
| | | 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850 |
| 520146316 | *+ | NETCREDIT, ATTN: BANKRUPTCY, 175 W. JACKSON BLVD, STE 1000, CHICAGO, IL 60604-2863 |
| 520146319 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC FINANCIAL, ATTN: BANKRUPTCY, 300 FIFTH AVENUE, PITTSBURGH, PA 15222 |
| 520146321 | *+ | RAYMOUR & FLANIGAN, ATTN: BANKRUPTCY, PO BOX 220, LIVERPOOL, NY 13088-0220 |
| 520146336 | *+ | WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A 3RD FLOOR, DES MOINES, IA 50328-0001 |

TOTAL: 0 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2024                                              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Russell L. Low | on behalf of Debtor Jaime E. Goldberg ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4