Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2024 to 12/31/2024

**Chapter 13 Case No. 24-10772 / MEH**

Jaime E. Goldberg

Petition Filed Date: 01/29/2024
341 Hearing Date: 02/29/2024
Confirmation Date: 07/17/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/16/2024 | $1,000.00 | | 03/22/2024 | $1,000.00 | | 04/19/2024 | $500.00 | |
| 05/03/2024 | $500.00 | | 05/20/2024 | $500.00 | | 05/24/2024 | $500.00 | |
| 06/24/2024 | $500.00 | | 06/28/2024 | $500.00 | | 07/22/2024 | $500.00 | |
| 07/29/2024 | $500.00 | | 08/23/2024 | $500.00 | | 08/30/2024 | $500.00 | |
| 09/27/2024 | $1,000.00 | | 11/01/2024 | $1,000.00 | | 12/03/2024 | $1,000.00 | |

**Total Receipts for the Period: $10,000.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $11,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jaime E. Goldberg | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Russell L. Low, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 1 | AMERICAN HONDA FINANCE<br>»» 2020 HONDA CIVIC SEDAN | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK DISCOVER PRODUCTS INC | Unsecured Creditors | $2,079.65 | $0.00 | $2,079.65 |
| 3 | FIRST NATIONAL BANK OMAHA | Unsecured Creditors | $5,187.49 | $0.00 | $5,187.49 |
| 4 | INTERNAL REVENUE SERVICE<br>»» 2022 TAX PERIOD | Priority Creditors | $21,282.67 | $3,436.39 | $17,846.28 |
| 5 | INTERNAL REVENUE SERVICE<br>»» PENALTY | Unsecured Creditors | $1,015.39 | $0.00 | $1,015.39 |
| 6 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $726.91 | $0.00 | $726.91 |
| 7 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $1,706.38 | $0.00 | $1,706.38 |
| 8 | LVNV FUNDING LLC<br>»» RESURGENT | Unsecured Creditors | $6,689.16 | $0.00 | $6,689.16 |
| 9 | NJ DIVISION OF TAXATION<br>»» TGI 2022 | Priority Creditors | $8,034.56 | $1,292.61 | $6,741.95 |
| 10 | WELLS FARGO BANK, NA | Unsecured Creditors | $12,925.08 | $0.00 | $12,925.08 |
| 11 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $16,268.21 | $0.00 | $16,268.21 |
| 12 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $10,905.71 | $0.00 | $10,905.71 |
| 13 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $8,694.85 | $0.00 | $8,694.85 |
| 14 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» WASH MUT/CHASE BANK VISA | Unsecured Creditors | $3,619.44 | $0.00 | $3,619.44 |

**Chapter 13 Case No. 24-10772 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 15 | CITIBANK, N.A.<br>»» CITI MC | Unsecured Creditors | $1,266.04 | $0.00 | $1,266.04 |
| 16 | WELLS FARGO BANK, NA | Unsecured Creditors | $11,207.16 | $0.00 | $11,207.16 |
| 17 | MARINER FINANCE LLC<br>»» PERSONAL FINANCE CO | Unsecured Creditors | $2,400.21 | $0.00 | $2,400.21 |
| 18 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,243.99 | $0.00 | $2,243.99 |
| 19 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,943.45 | $0.00 | $1,943.45 |
| 20 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,135.45 | $0.00 | $2,135.45 |
| 21 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $7,675.46 | $0.00 | $7,675.46 |
| 22 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $3,699.95 | $0.00 | $3,699.95 |
| 23 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,839.17 | $0.00 | $1,839.17 |
| 24 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $305.10 | $0.00 | $305.10 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES<br>»» LENDINGCLUB CORP | Unsecured Creditors | $29,381.61 | $0.00 | $29,381.61 |
| 26 | CROSSCOUNTRY MTG, LLC<br>»» NP/56 SANDPIPER DR/1ST MTG | Mortgage Arrears<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,000.00 | Plan Balance: | $49,000.00 ** |
| Paid to Claims: | $8,479.00 | Current Monthly Payment: | $1,000.00 |
| Paid to Trustee: | $691.00 | Arrearages: | $1,000.00 |
| Funds on Hand: | $1,830.00 | Total Plan Base: | $60,000.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**